# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00294-CV

**Central Texas Building & Construction Trades Council; International Brotherhood of Electrical Workers, Local 520; United Association of Plumbers and Pipefitters, Local 286; International Union of Painters and Allied Trades, District Council 88; Philip Lawhon; Robin Drake; Riley Drake; David Ervin; Leeroy Hamilton; and Sean Ingram, Appellants**

v.

**Bastrop Independent School District; Ashley Mutschink, in his Official Capacity as President of the Board of Trustees; et al., Appellees**

### FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
### NO. 423-8330, THE HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Central Texas Building & Construction Trades Council; International Brotherhood of Electrical Workers, Local 520; United Association of Plumbers and Pipefitters, Local 286; International Union of Painters and Allied Trades, District Council 88; Philip Lawhon; Robin Drake; Riley Drake; David Ervin; Leeroy Hamilton; and Sean Ingram have filed an agreed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Justices Baker, Kelly and Smith

Dismissed on Appellants' Motion

Filed:   September 22, 2023